IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDON LAKEITH JONES, #1358986 | § | |
| VS. | § | CIVIL ACTION NO. 4:07cv177 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush.  The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion to proceed *in forma pauperis*, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that Petitioner's motion to proceed *in forma pauperis* (docket entry #2) is **DENIED**.  Petitioner must submit the $5 filing fee before he can continue with his lawsuit.  It is accordingly

**ORDERED** that Petitioner has thirty (30) days from the receipt of this order to pay the $5 filing fee.  Failure to comply with this order may result in the dismissal of the lawsuit.  It is further

**ORDERED** that the Clerk shall not accept any other documents in this case, except for a

motion for an extension of time, until Petitioner complies with this order.

**SIGNED this 4th day of June, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE